DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NANCY MAENPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-06-0271 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE AND** |
| | ) | **EXCLUDING TIME** |
| NANCY MAENPA, | ) | |
| | ) | |
| Defendant. | ) | Date:  September 20, 2006 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
of America, and defendant, Nancy Maenpa, through their respective
attorneys, that the status conference scheduled for September 20, 2006,
may be continued to October 18, 2006, at 9:00 a.m.

        This is a new case and defense counsel has yet to be able to fully
review discovery with Ms. Maenpa.  Because Ms. Maenpa is in ill health,
it may be necessary for defense counsel to travel in order to meet with
her.  He seeks additional time in order to do so.  To assure that counsel
has adequate time to prepare, the parties agree that time under the

1   Speedy Trial Act may be excluded through October 18, 2006, pursuant to 18

2   U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6

7   Dated: September 20, 2006              /s/ T. Zindel
                                           TIMOTHY ZINDEL
8                                          Assistant Federal Defender
                                           Attorney for NANCY MAENPA
9

10                                         McGREGOR SCOTT
                                           United States Attorney
11

12  Dated: September 20, 2006              /s/ T. Zindel for K. Smith
                                           KYMBERLY SMITH
13                                         Assistant U.S. Attorney

14

15                            O R D E R

16       The status conference is continued to October 18, 2006, at 9:00 a.m.

17  The Court finds that time under the Speedy Trial Act shall be excluded

18  through that date in order to afford counsel reasonable time to prepare.

19  Based on the parties' representations, the Court finds that the ends of

20  justice served by granting a continuance outweigh the best interests of

21  the public and the defendant in a speedy trial.

22       IT IS SO ORDERED.

23

24  Dated: September 22, 2006

25

26                           _William B. Shubb_____

27                           WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE
28

Stip. in U.S.A. v. N. Maenpa            -2-