1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   NANCY MAENPA
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,    ) No. Cr. S-06-0271 WBS
                                )
14             Plaintiff,       ) **STIPULATION AND ORDER CONTINUING**
                                ) **STATUS CONFERENCE AND EXCLUDING**
15     v.                       ) **TIME**
                                )
16 NANCY MAENPA,                )
                                ) Date:  October 18, 2006
17             Defendant.       ) Time:  9:00 a.m.
                                ) Judge: Hon. William B. Shubb
18 _____ )
19
20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Nancy Maenpa, through their respective
22 attorneys, that the status conference scheduled for October 18, 2006, may
23 be continued to December 13, 2006, at 9:00 a.m.
24     Defense counsel has yet to fully review discovery with Ms. Maenpa
25 because Ms. Maenpa is in ill health and unable to travel to Sacramento.
26 Defense counsel presently plans to see Ms. Maenpa at her home in late
27 October.  Time will then be needed to determine how best to proceed in
28 light of Ms. Maenpa's health.  So that these issues may be resolved, the

1  parties agree that time under the Speedy Trial Act may be excluded
2  through December 13, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3  (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: October 16, 2006             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for NANCY MAENPA


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: October 16, 2006             /s/ T. Zindel for L. Ferris
                                    KYMBERLY SMITH
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to December 13, 2006, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. in U.S.A. v. N. Maenpa            -3-