1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   NANCY MAENPA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. Cr. S-06-0271 WBS
                                  )
14              Plaintiff,        )  **STIPULATION AND ORDER CONTINUING**
                                  )  **STATUS CONFERENCE AND EXCLUDING**
15      v.                        )  **TIME**
                                  )
16 NANCY MAENPA,                  )
                                  )  Date:  December 13, 2006
17              Defendant.        )  Time:  9:00 a.m.
                                  )  Judge: Hon. William B. Shubb
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Nancy Maenpa, through their respective

22 attorneys, that the status conference scheduled for December 13, 2006,

23 may be continued to February 12, 2007, at 8:30 a.m.

24      Counsel for the defense seeks additional time to review the case and

25 obtain additional reports.  Defense counsel has consulted with Ms. Maenpa

26 about the case and she wants to pursue a resolution, but more time is

27 needed to continue review of the discovery and work on a resolution of

28 the case.  So that these tasks may be completed, the parties agree that

1  time under the Speedy Trial Act may be excluded through February 12,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender
5

6  Dated: December 11, 2006              /s/ T. Zindel
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for NANCY MAENPA
8

9                                        McGREGOR SCOTT
                                         United States Attorney
10

11 Dated: December 11, 2006              /s/ T. Zindel for L. Ferris
                                         KYMBERLY SMITH
12                                       Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to February 12, 2007, at 8:30
16 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21     IT IS SO ORDERED.
22

23 Dated:  December 12, 2006

24                          /s/ William B. Shubb
25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26

27

28

Stip. in U.S.A. v. N. Maenpa                    -2-