```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   NANCY MAENPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-06-0271 WBS |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| NANCY MAENPA, | ) | Date: February 12, 2007 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for February 12 may be continued to March 5, 2007, at 8:30 a.m.

The case against Ms. Maenpa has been reassigned within the United States Attorney's Office; the reassignment is likely to accelerate the resolution process. Counsel for both parties intend to meet before March 5 in order to identify any possible dollar loss for purposes of calculating a sentencing range (an amount could not be determined using the previously-provided discovery). So that these tasks may be

1 completed, the parties agree that time under the Speedy Trial Act may be
2 excluded through March 5, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3 (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 7, 2007            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for NANCY MAENPA


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:  February 7, 2007            /s/ T. Zindel for L. Ferris
                                    LAURA FERRIS
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 5, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE