DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NANCY MAENPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-06-0271 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| NANCY MAENPA, | Date: March 5, 2007 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for March 5 may be continued to March 26, 2007, at 8:30 a.m.

    The case against Ms. Maenpa has been reassigned within the United States Attorney's Office, which has aided the resolution process. Counsel for both parties have yet to meet, however, although they plan to meet together with the agent before March 26 in order to identify any possible dollar loss for purposes of calculating a sentencing range. So that these tasks may be completed, the parties agree that time under the

1  Speedy Trial Act may be excluded through March 26, 2007, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
3                                           Respectfully submitted,
4                                           DANIEL J. BRODERICK
                                            Federal Defender
5
6  Dated:  March 1, 2007                    /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for NANCY MAENPA
8
9                                           McGREGOR SCOTT
                                            United States Attorney
10
11 Dated:  March 1, 2007                    /s/ T. Zindel for L. Ferris
                                            LAURA FERRIS
12                                          Assistant U.S. Attorney
13
14                              **O R D E R**
15      The status conference is continued to March 26, 2007, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22
23 Dated:  March 2, 2007

                                    _/s/ William B. Shubb_
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE