DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NANCY MAENPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. Cr. S-06-0271 WBS |
| Plaintiff,      ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v.            ) | |
| NANCY MAENPA,                    ) | Date: March 26, 2007 |
| Defendant.      ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for March 26 may be continued to April 30, 2007, at 8:30 a.m.

    Counsel for both parties met earlier this week with the case agent, resulting in an agreement to provide additional discovery. The defense seeks time to evaluate the new discovery, to review it with Ms. Maenpa, and to consider resolving the case without trial. So that these tasks may be completed, the parties agree that time under the Speedy Trial Act

1  may be excluded through April 30, 2007, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  March 26, 2007                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for NANCY MAENPA


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  March 26, 2007                  /s/ T. Zindel for L. Ferris
                                        LAURA FERRIS
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 30, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:  March 23, 2007

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE