```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NANCY MAENPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br> NANCY MAENPA,                         )<br>                                      )<br>            Defendant.                )<br>                                      )<br>_____)| No. Cr. S-06-0271 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  April 30, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for April 30 may be continued to June 18, 2007, at 8:30 a.m.

Defense counsel continues to await additional promised discovery, which he expects to facilitate resolution of the case. The defense seeks time to evaluate the new discovery and to review it with Ms. Maenpa. So that these tasks may be completed, the parties agree that time under the

1  Speedy Trial Act may be excluded through June 18, 2007, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  April 26, 2007                  /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for NANCY MAENPA
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:  April 26, 2007                  /s/ T. Z. (auth'd by C. Delaney)
                                           LAURA FERRIS
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15       The status conference is continued to June 18, 2007, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21       IT IS SO ORDERED.
22

23 Dated:  April 27, 2007

24                          _/s/ William B. Shubb_
25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26

27

28

Stip. in U.S.A. v. N. Maenpa           -2-