1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   NANCY MAENPA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. Cr. S-06-0271 WBS
                                   )
14                 Plaintiff,      )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE AND EXCLUDING**
15       v.                        )  **TIME**
                                   )
16  NANCY MAENPA,                  )
                                   )  Date:  June 18, 2007
17                 Defendant.      )  Time:  8:30 a.m.
                                   )  Judge: Hon. William B. Shubb
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Nancy Maenpa, through their respective

22  attorneys, that the status conference scheduled for June 18 may be

23  continued to **August 13, 2007, at 8:30 a.m.**

24       The government recently provided the additional discovery defense

25  counsel sought but defense counsel has yet to review the material in

26  sufficient detail with Ms. Maenpa, who takes issue with allegations made

27  in the new material.  Counsel will meet with Ms. Maenpa in the next two

28  weeks, forward her concerns to the government, and then meet again

1   regarding possible resolution of the case.  So that these tasks may be
2   completed, the parties agree that time under the Speedy Trial Act may be
3   excluded through **August 13, 2007,** pursuant to 18 U.S.C. § 3161(h)(8)(A)
4   and (B)(iv) (Local Code T4).

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8   Dated:  June 14, 2007            /s/ T. Zindel
                                     _____
9                                    TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for NANCY MAENPA
10

11                                   McGREGOR SCOTT
                                     United States Attorney
12

13  Dated:  June 14, 2007            /s/ T. Z. for L. Ferris
                                     _____
14                                   LAURA FERRIS
                                     Assistant U.S. Attorney

15

16                         **O R D E R**

17       The status conference is continued to **August 13, 2007, at 8:30 a.m.**
18  The Court finds that time under the Speedy Trial Act shall be excluded
19  through that date in order to afford counsel reasonable time to prepare.
20  Based on the parties' representations, the Court finds that the ends of
21  justice served by granting a continuance outweigh the best interests of
22  the public and the defendant in a speedy trial.

23       IT IS SO ORDERED.

24

25  Dated:  June 15, 2007

26

27  _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
28