```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NANCY MAENPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-06-0271 WBS |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| NANCY MAENPA, | ) | Date: August 13, 2007 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for August 13 may be continued to August 27, 2007, at 8:30 a.m.

   The government has provided the additional discovery defense counsel sought but defense counsel has yet to fully review the material with Ms. Maenpa, who takes issue with allegations made in the new material. Counsel was unable to meet with Ms. Maenpa as previously scheduled, but will meet with her during the week of August 13 and then convey her

1  concerns to the government.  So that these tasks may be completed, the
2  parties agree that time under the Speedy Trial Act may be excluded
3  through August 27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
4  (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 8, 2007    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NANCY MAENPA

McGREGOR SCOTT
United States Attorney

Dated: August 8, 2007    /s/ T. Z. for L. Ferris
LAURA FERRIS
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 27, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE