1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   NANCY MAENPA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. Cr. S-06-0271 WBS
                                  )
14             Plaintiff,         ) **STIPULATION AND ORDER CONTINUING**
                                  ) **STATUS CONFERENCE AND EXCLUDING**
15     v.                         ) **TIME**
                                  )
16 NANCY MAENPA,                  )
                                  ) Date: October 1, 2007
17             Defendant.         ) Time: 8:30 a.m.
                                  ) Judge: Hon. William B. Shubb
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Nancy Maenpa, through their respective
22 attorneys, that the status conference scheduled for August 27 may be
23 continued to October 1, 2007, at 8:30 a.m.
24     Defense counsel has reviewed the additional discovery with Ms.
25 Maenpa and now seeks additional time to conduct legal research and to
26 meet with counsel for the government.  In addition, because of Ms.
27 Maenpa's ill-health, time is needed to determine whether she will be able
28 to personally appear in the event a felony resolution is reached.  So

1  that these tasks may be completed, the parties agree that time under the
2  Speedy Trial Act may be excluded through October 1, 2007, pursuant to 18
3  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

4                                           Respectfully submitted,

5                                           DANIEL J. BRODERICK
                                            Federal Defender
6

7  Dated:  August 24, 2007                  /s/ T. Zindel
                                            TIMOTHY ZINDEL
8                                           Assistant Federal Defender
                                            Attorney for NANCY MAENPA
9

10                                          McGREGOR SCOTT
                                            United States Attorney
11

12 Dated:  August 24, 2007                  /s/ T. Zindel for L. Ferris
                                            LAURA FERRIS
13                                          Assistant U.S. Attorney

14

15                                **O R D E R**

16     The status conference is continued to October 1, 2007, at 8:30 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.

23

24 Dated:  August 24, 2007

25                          [signature]
26                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
27

28