```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NANCY MAENPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-06-0271 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| NANCY MAENPA, | Date: October 1, 2007 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for October 1, 2007 may be continued to November 19, 2007, at 8:30 a.m.

   Defense counsel is presently in jury trial, and government counsel is presently unavailable due to medical reasons. The parties agree that time under the Speedy Trial Act may be excluded through November 19,

///

///

1  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

2                                         Respectfully submitted,

3                                         DANIEL J. BRODERICK
                                          Federal Defender
4

5  Dated:   September 25, 2007            /s/ T. Zindel
                                          TIMOTHY ZINDEL
6                                         Assistant Federal Defender
                                          Attorney for NANCY MAENPA
7

8                                         McGREGOR SCOTT
                                          United States Attorney
9

10 Dated:   September 25, 2007            /s/ T. Zindel for L. Ferris
                                          LAURA FERRIS
11                                        Assistant U.S. Attorney

12

13                                  **O R D E R**

14       The status conference is continued to November 19, 2007, at

15 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be

16 excluded through that date in order to afford counsel reasonable time to

17 prepare.  Based on the parties' representations, the Court finds that the

18 ends of justice served by granting a continuance outweigh the best

19 interests of the public and the defendant in a speedy trial.

20       IT IS SO ORDERED.

21 Dated: September 25, 2007

22                       _____
23                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stip. in U.S.A. v. N. Maenpa         -2-