DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NANCY MAENPA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-06-0271 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| NANCY MAENPA, | ) | |
| | ) | Date:  November 19, 2007 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |


    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the status conference scheduled for November 19, 2007 may be continued to December 17, 2007, at 8:30 a.m.

    Defense counsel requests additional time to conduct legal research and to meet with counsel for the government who has been unavailable, but, is expected to be able to meet within the next two weeks for discussions toward possible resolution of the case.

    The parties agree that time under the Speedy Trial Act may be excluded through December 17, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A)

and (B)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
Federal Defender

Dated:   November 15, 2007        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NANCY MAENPA

                                      McGREGOR SCOTT
United States Attorney

Dated:   November 15, 2007        /s/ T. Zindel for L. Ferris
LAURA FERRIS
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 17, 2007, at 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. N. Maenpa        -2-