DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NANCY MAENPA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-06-0271 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER VACATING** |
| ) | **TRIAL CONFIRMATION AND JURY TRIAL** |
| v. ) | **DATES AND SETTING FOR CHANGE OF** |
| ) | **PLEA; EXCLUDING TIME** |
| NANCY MAENPA, ) | |
| ) | Date:  January 28, 2008 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Nancy Maenpa, through their respective attorneys, that the trial-confirmation hearing date of January 28, 2008 and jury trial date of March 11, 2008 be vacated, and the matter scheduled for change of plea on February 4, 2008 at 8:30 a.m.

   The parties have reached a plea agreement in this matter, but defense counsel will not be able to review the written plea agreement with Ms. Maenpa as he will be out of the area and unable to meet with her until the week of January 28, 2008.  Defense counsel seeks additional time to review the agreement with Ms. Maenpa and continue discussions

1 with counsel for the government.

2 The parties agree that time under the Speedy Trial Act may be
3 excluded through February 4, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A)
4 and (B)(iv) (Local Code T4).

5            Respectfully submitted,

6            DANIEL J. BRODERICK
           Federal Defender

7

8 Dated: January 18, 2008   /s/ T. Zindel
           TIMOTHY ZINDEL
9            Assistant Federal Defender
           Attorney for NANCY MAENPA

10

11            McGREGOR SCOTT
           United States Attorney

12

13 Dated: January 18, 2008   /s/ T. Zindel for L. Ferris
           LAURA FERRIS
14            Assistant U.S. Attorney

15 **O R D E R**

16 The trial-confirmation hearing date of January 28, 2008 and jury
17 trial date of March 11, 2008 is vacated. The matter is continued for
18 change of plea on February 4, 2008 at 8:30 a.m. The Court finds that
19 time under the Speedy Trial Act shall be excluded through that date in
20 order to afford counsel reasonable time to prepare. Based on the
21 parties' representations, the Court finds that the ends of justice served
22 by granting a continuance outweigh the best interests of the public and
23 the defendant in a speedy trial.

24 IT IS SO ORDERED.

25 Dated: January 23, 2008

26

27          WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE

28