UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Nancy Legrande MAENPA
Docket Number:   2:06CR00271-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The probationer is requesting permission to travel to Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 14, 2008, Nancy Maenpa was sentenced for the offense of 18 USC 641 - Theft of Government Property.

**Sentence imposed:** 60 months probation; $100 SA; $77,655.46 restitution. **Special conditions:** Financial disclosure; Financial restrictions; 180 days home detention; Mental health treatment; Aftercare co-payment.

**Dates and Mode of Travel:** Dates to be determined as soon as the Court approves her request.

**Purpose:** Ms. Maenpa is requesting permission to travel to Mexico for dental work. Her supervision was recently transferred to the Southern District of California, where she currently is residing. Her probation officer is requesting the Court grant permission for Ms. Maenpa to travel to Mexico as necessary for dental work.

**RE:**   **Nancy Legrande MAENPA**
           **Docket Number:   2:06CR00271-01**
           **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                                Respectfully Submitted,

                                /s/ Jack C. Roberson

                                **JACK C. ROBERSON**
                                **United States Probation Officer**

**DATED:**     August 23, 2010
               Modesto, California
               JCR/lr


**REVIEWED BY:**     /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:** Please advise why defendant cannot receive satisfactory dental work in California.

Dated: August 26, 2010

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE